1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL BRASHEAR, et al.,                Case No.:  1:20-cv-00505 NONE JLT

12                      Plaintiffs,            **ORDER GRANTING STIPULATION**
                                               **EXTENDING THE DEADLINE FOR THE**
13   v.                                        **RESPONSIVE PLEADING**
                                               (Doc. 4)
14   HALLIBURTON ENERGY SERVICES,

15                      Defendant.

16

17

18          Upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

19          1.      The defendant SHALL file a responsive pleading no later **June 1, 2020**.

20

21   IT IS SO ORDERED.

22      Dated:   **May 4, 2020**                      **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28