UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRASHEAR, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>HALLIBURTON ENERGY SERVICES,<br><br>                    Defendant. | Case No.: 1:20-cv-00505 NONE JLT<br><br>**ORDER CONTINUING THE SCHEDULING CONFERENCE** |

Recently, the Court granted the parties' stipulation to allow the defendant to file its responsive pleading by June 1, 2020. (Doc. 5) This did not occur. Rather, the plaintiffs filed a first amended complaint (Doc. 8). The responsive pleading is not yet overdue. Fed.R.Civ.P. 15. Thus, the Court **ORDERS**:

  1.   The scheduling conference is CONTINUED to August 17, 2020 at 10:30 a.m.

IT IS SO ORDERED.

   Dated:   **June 30, 2020**                **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE