UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRASHEAR, et al., | Case No.:  1:20-cv-00505 NONE JLT |
| Plaintiffs, | **ORDER GRANTING PRO HAC VICE APPLICATION OF KAITLIN K. LAMMERS (Doc. 20)** |
| v. | |
| HALLIBURTON ENERGY SERVICES, | |
| Defendant. | |

Kaitlin Lammers has applied to be admitted to this Court pro hac vice for the defendant (Doc. 20). She has demonstrated she is a member of good standing of the Courts of Connecticut and she has not made application for pro hac vice admission within a year before this time. Id. at 2, 5. She has paid the application fee.  Thus, her application is **GRANTED**.


IT IS SO ORDERED.

Dated:  __**August 5, 2020**__            _____**/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE