1  **SEYFARTH SHAW LLP**
2  Jon D. Meer (SBN 144389)
   jmeer@seyfarth.com
3  2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
4  Telephone: (310) 277-7200
   Facsimile: (310) 201-5219
5
   Annette A. Idalski (pro hac vice)
6  aidalski@seyfarth.com
   1075 Peachtree Street, N.E., Suite 2500
7  Atlanta, Georgia 30309-3958
   Telephone: (404) 885-1500
8  Facsimile: (404) 892-7056

9  *Counsel for Defendant Halliburton Energy Services, Inc.*

10
                    UNITED STATES DISTRICT COURT
11
                    EASTERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| MICHAEL BRASHEAR, BENITO CONTRERAS, KENNETH DOLLAR, TERRY FOSTER, RICARDO RODRIGUEZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>HALLIBURTON ENERGY SERVICES., DOES 1-100,<br><br>    Defendant. | **Case No. 1:20-cv-00505 -JLT**<br><br>**HALLIBURTON ENERGY SERVICES, INC.'S NOTICE OF MOTION TO CONFIRM FINAL ARBITRATION AWARD**<br><br>**9 U.S.C. § 9** |

NOTICE OF MOTION TO CONFIRM FINAL ARBITRATION AWARD

**TO PLAINTIFF RICARDO RODRIGUEZ AND HIS ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Defendant Halliburton Energy Services, Inc. ("Halliburton") hereby moves, pursuant to 9 U.S.C. § 9, for an order confirming the Final Arbitration Award concerning Plaintiff Ricardo Rodriguez.  Halliburton is entitled to this relief because there is no basis for correcting, modifying, or vacating the Final Arbitration Award.

Halliburton's Motion is based on the grounds identified in the accompanying Memorandum, Declaration, and exhibits.

PLEASE TAKE FURTHER NOTICE that on September 2, 2022 at 9:30 A.M. or as soon thereafter as may be heard, a hearing will be held before the Honorable Jennifer L. Thurston on Halliburton's Motion to Confirm Final Arbitration Award.

Dated: July 29, 2020

SEYFARTH SHAW

By: */s/ Annette A. Idalski*
Annette A. Idalski
Jon D. Meer

Attorneys for Defendant
HALLIBURTON ENERGY SERVICES, INC.

**CERTIFICATE OF CONFERENCE**

Counsel for Halliburton conferred with Counsel for Rodriguez regarding the filing of this Motion. Counsel for Rodriguez does not oppose.

SEYFARTH SHAW

By: */s/ Annette. A. Idalski*
Annette. A. Idalski

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 29, 2022, a copy of the foregoing Motion to Confirm Final Arbitration Award and supporting papers were served on all counsel of record via the Court's CM/ECF system.

SEYFARTH SHAW

By:  */s/ Annette. A. Idalski*
Annette. A. Idalski